# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-41062
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 10, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CRESENCIO PEREZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:14-CR-569-1

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Cresencio Perez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Perez has filed a response in which he challenges his conviction and sentence. Because the record reflects that Perez knowingly decided not to appeal his conviction, we will not address the issues raised in his response

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

related to his conviction. *See United States v. Polanco-Ozorto*, 772 F.3d 1053, 1054-55 (5th Cir. 2014). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Perez's response to the extent it addresses sentencing issues. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Perez's motion for appointment of counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.